5-12-15

RE: Case No. 12-93-00042-CR;
" " 12-15-00114-CR
Trial Court No. 11965
Evidentuary Transcript; Mandamus

REC'D IN COURT OF APPEALS
12th Court of Appeals District
MAY 1 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Clerk,
    I wrote concerning the whereabouts of the above "Transcript" that you just refered to in the two letters written back in 1993, stating you had the transcript, but couldn't file it because no leave to file was ever received. My letter on 5-5-15 concerned my asking the address of the archives dept. where you sent the documents in my case. So I can contact them and order a copy for the required fee. I've not received a reply from you on that and if our letters pass in the mail then simply disregard this aspect.
    I have re-done the Writ of Mandamus with the required sections which were missing from the first one I sent. When you receive this corrected, just disregard the other or dispose of it. However, before I can send it I must know concirning what you find answers too in my prior letter, concirning the "Transcript"?
    As soon as I hear from you about the transcript will determine if I even need to sent the repaired Writ of Mandamus.

Thank you!
J. Ward #647619